United States District Court
Southern District of Texas
**ENTERED**
December 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R5, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-23-0579 |
| BENIGNA BEATRIZ ZAPATA, ALEJANDRO ZAPATA, ANTONIO BERNAL, JORGE ZAPATA, JESUS ZAPATA, BEATRIZ ZAPATA, and BENIGNA BERNAL ZAPATA, | § § § § § § | |
| Defendants. | § | |

ORDER

Plaintiff Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5, has filed a Motion for Entry of Default (Document No. 19), and the Court, having examined the motion and the file, finds that Defendants Benigna Beatriz Zapata, Alejandro Zapata, Antonio Bernal, Jorge Zapata, Jesus Zapata, Beatriz Zapata, and Benigna Bernal Zapata, have each been duly served with Summons and a copy of the Complaint, and that each Defendant thereafter failed to answer within the time allowed by law. Accordingly, it is

ORDERED that default is entered against Defendants Benigna Beatriz Zapata, Alejandro Zapata, Antonio Bernal, Jorge Zapata, Jesus Zapata, Beatriz Zapata, and Benigna Bernal Zapata on the Original Complaint filed against them by Plaintiff Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5.

The Court will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 20th day of December, 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE